|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
|    | Chief Magistrate Judge Brian A. Tsuchida                                          |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ18-249BAT |
|---|---|
| Plaintiff | **GOVERNMENT'S NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** |
| v. | |
| RON ROCKWELL HANSEN, | |
| Defendant. | |

The United States, by and through the undersigned attorney, hereby provides notice to defendant Ron Rockwell Hansen and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), *as amended*, 50 U.S.C. §§ 1801-1812 and 1821-1829.

NOTICE OF INTENT - 1
MJ18-249

1  DATED this 4th day of June, 2018.

2

3                                          Respectfully submitted,

4

5                                          /s/ Robert A. Lund
                                           ROBERT A. LUND
6                                          Assistant United States Attorney

NOTICE OF INTENT - 2
MJ18-249

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on June 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

  s/ Thomas Woods
THOMAS WOODS
Assistant United States Attorney
United States Attorney's Office

NOTICE OF INTENT - 3
MJ18-249